**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE WARREN FRAZIER,<br>Petitioner,<br>v.<br>STEVE LANGFORD,<br>Respondent. | CASE NO. 2:16-CV-01161-JFW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition as Moot, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: June 13, 2017

HON. JOHN F. WALTER
U.S. DISTRICT JUDGE